UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
SEP 3 0 2002

| | |
|---|---|
| RLD RESOURCES, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02C 6927 |
| | ) |
| DAN PRATHER, ARCHITECTED | ) JUDGE GETTLEMAN |
| SOLUTIONS, LLP, NON PROFIT DATA | ) |
| RESOURCES, and THE ALLIANCE, | ) MAGISTRATE JUDGE NOLAN |
| | ) |
| Defendants. | ) |

PLAINTIFF'S ORIGINAL COMPLAINT
WITH REQUEST FOR INJUNCTIVE AND OTHER RELIEF

NOW COMES the Plaintiff, RLD Resources, L.L.C. (hereinafter "RLD"), by and

through its attorneys, Burris, Wright, Slaughter & Tom, LLC, and for its Complaint

against Defendants Dan Prather, Architected Solutions, LLP, Non Profit Data Resources,

and The Alliance, states as follows:

I.   **JURISDICTION AND VENUE.**

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a)

(1) based upon the complete diversity of citizenship of the parties and the

amount in controversy exceeding the jurisdictional minimum of $75,000.

2.   This Court also has jurisdiction over this matter under the Anticybersquatting

Consumer Protection Act, amending 15 U.S.C. 1125 (d)(1) of the Lanham

Act.

3.   Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b) since the

transaction out of which this matter arises occurred in Illinois.

## II. PARTIES.

4.  RLD is a limited liability corporation incorporated under the laws of the State of Illinois, with its principal place of business at 333 N. Michigan Avenue, Suite 2800, Chicago, Illinois 60601.

5.  Upon information and belief, Defendant Dan Prather is a resident of the State of South Carolina who does business as a web designer.

6.  Upon information and belief, Defendant Prather is the principal of Defendant Architected Solutions, LLP, a partnership whose principal place of business is at 19 Landmark Drive, #33H, Columbia, South Carolina 29210.

7.  Upon information and belief, Defendant Dan Prather is also the principal of Defendant Non Profit Data Resources, whose principal place of business is at 19 Landmark Drive, #33H, Columbia, South Carolina.

8.  Upon information and belief, Defendant Dan Prather is also the principal of The Alliance, whose principal place of business is at 19 Landmark Drive, #33H, Columbia, South Carolina.

## III. FACTUAL BACKGROUND.

9.  RLD is in the business of distributing energy and telecommunications.

10. In February 2001, Defendant Prather and executives of RLD had an introductory meeting at the offices of RLD.

11.   In August 2001, Defendant Prather had telephone conversations with RLD regarding the design of its website, after which he proposed a $1,200.00 fee for registering and designing RLD's website, to be paid in advance.

12.   On or about September 25, 2001, RLD sent Defendant Prather a check in the amount of $1,200.00.

13.   Approximately four months later, Defendant Prather registered the domain, rldresources.com, and designed the content of the website.   The website contained the RLD logo, contact information, and links to other entities associated with RLD, including FirstCom, First Energy, GEV Corp, Nextel, and the Make a Dent Foundation.  E-mail accounts were also established.

14.   Register.com is the registrar for the domain name rldresources.com.   The records for Register.com indicate that Dan Prather was the "registrant" for the rldresources.com domain name.   The address and telephone number in the Register.com records are for Defendants' business address at 19 Landmark Drive, #33H, Columbia, South Carolina.   A copy of the Register.com information is attached as Exhibit A.

15.   Register.com will accept changes to the registration or the address of the domain servers only from the registrant who also has a password for the site.

16.   In August 2002, RLD wanted to upgrade their website and contacted Defendants, who then sent a proposal to redesign and upgrade the website.

17.    The parties could not agree upon terms for the upgrade, and when discussions broke down, Defendants re-registered the site, and closed access to the content and links. The website currently reads only, "The site is currently under construction. A new resources provider is moving in."

18.    The inability of customers to access the website and to contact the company via e-mail causes immediate financial loss to Plaintiff, and causes irreparable injury to the name and reputation of the company. Defendants' actions have disrupted and interfered with the business relationship between RLD and its customers.

## IV.    INTERFERENCE WITH BUSINESS RELATIONSHIPS.

19.    Plaintiff realleges paragraphs 1-18 above.

20.    Defendants, by their actions, are interfering with the business relationship between RLD and its customers. Defendants have acted maliciously and intentionally to harm the business of RLD without any legal justification.

21.    RLD has been damaged and continues to be irreparably damaged by Defendants' actions.

## V.    ANTICYBERSQUATTING ACT VIOLATIONS

22.    Plaintiff realleges paragraph 1-16 above.

23.    Defendants have no legitimate interest in the domain name RLDRESOURCES.COM.

24. Defendants have intentionally changed the caused the domain servers to point away from the RLDRESOURCES.COM website.

25. Defendants have acted in bad faith as that term is defined in 15 U.S.C. 1125 (d)(1)(B) by using a domain name that is the legal name for Plaintiff, by making the contents of the prior RLDRESOURCES.COM site inaccessible to consumers, and by providing false contact information for the domain name.

26. Plaintiff is entitled to injunctive relief to obtain back the domain name and for either statutory damages or actual damages incurred by RLD Resources, plus attorneys' fees.

## VI.   REQUEST FOR INJUNCTION.

27. Plaintiff realleges paragraphs 1-18 above. Plaintiff requests that this Court grant an injunction against Defendants to prevent them from redirecting the domain servers away from RLD's website, from selling the domain name to any third-party, and to order Defendants to return the domain name to RLD.

## VII.   PRAYER FOR RELIEF

Plaintiff requests that this Honorable Court enter an order granting a temporary and permanent injunction against Defendants, award damages to Plaintiff for lost profits and sales and damage to its reputation, for damages to the business relationship of RLD Resources, L.L.C. with its customers, for actual or statutory damages under the Lanham

Act, costs and attorneys fees, and such other and further relief as Plaintiff shows itself entitled.

Respectfully submitted,
RLD Resources, LLC

By Its Attorneys

Timothy W. Wright III
Darryl Tom
Burris, Wright, Slaughter & Tom, LLC
1130 S. Wabash
Suite 501
Chicago, Illinois 60605
(312)566-0040

State of Illinois   )
County of Cook    )

## **VERIFICATION**

    Before me, the undersigned notary public, did appear Richard L. Dent, and having been duly sworn, did state as follows:

    "My name is Richard L. Dent. I am over the age of 18 years and am capable of making this verification. I am the president of RLD Resources, L.L.C. and its authorized representative. I hereby state that I have read the above Plaintiff's Original Complaint. The facts set forth are based upon my personal knowledge or upon information and belief true and correct."

                                                _____
                                                Richard L. Dent

    SIGNED AND SWORN to BEFORE ME, the undersigned notary on this 24 day of September 2002 by Richard L. Dent.

```
OFFICIAL SEAL
PAUL G. NEILAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-1-2004
```

                                              Notary Public

(Seal)

JS 44
(Rev. 12/96)

*Cat 2*

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as re
by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for t
of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

RLD Resources, L.L.C.

**DOCKETED**
SEP 3 0 2002
Code

## DEFENDANTS

Dan Prather, Architected Solutions,
Non Profit Data Resources, and The ALLI

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Burris, Wright, Slaughter & Tom, LLC
1130 S. Wabash, Suite 501
Chicago, IL 60605

ATTORNEYS (IF KNOWN)

# 02C 6927

JUDGE GETTLEMAN

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

MAGISTRATE JUDGE NOLAN

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PL
(For Diversity Cases Only)                    AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF |
|---|---|---|---|---|
| Citizen of This State | ☒ | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ | Incorporated and Principal Place of Business in Another State | ☐ 6 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to D Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/e |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced an Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization A |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determin Under Equal Access to J |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Anticyber Squatting Consumer Protection Act violation regarding website domain

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in compla
JURY DEMAND: ☐ YES ☐ NO

## VIII.

This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE Spt. 27, 2002

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DOCKETED

SEP 3 0 2002

In the Matter of

RLD Resources, LLC.

v.

Dan Prather, Architected Solutions, LLP, Non
Profit Data Resources, and The ALLIANCE

Case Number **02C 692?**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

JUDGE GETTLEMAN

Plaintiff

| (A) | | (B) | |
|---|---|---|---|
| **SIGNATURE** *Dan T...* | | **SIGNATURE** | |
| **NAME** DARRYL TOM | | **NAME** | |
| **FIRM** Burns, Wright, Slaughter & Tom, LLC | | **FIRM** | |
| **STREET ADDRESS** 1130 S. Wabash, Suite 501 | | **STREET ADDRESS** | |
| **CITY/STATE/ZIP** Chicago, IL 60605 | | **CITY/STATE/ZIP** | |
| **TELEPHONE NUMBER** (312)566-0040 | **FAX NUMBER** (312)566-0641 | **TELEPHONE NUMBER** | **FAX NUMBER** |
| **E-MAIL ADDRESS** dtom@burstlaw.com | | **E-MAIL ADDRESS** | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 6231351 | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | |
| **MEMBER OF TRIAL BAR?** YES ☒ NO ☐ | | **MEMBER OF TRIAL BAR?** YES ☐ NO ☐ | |
| **TRIAL ATTORNEY?** YES ☒ NO ☐ | | **TRIAL ATTORNEY?** YES ☐ NO ☐ | |
| | | **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☐ | |
| (C) | | (D) | |
| **SIGNATURE** | | **SIGNATURE** | |
| **NAME** | | **NAME** | |
| **FIRM** | | **FIRM** | |
| **STREET ADDRESS** | | **STREET ADDRESS** | |
| **CITY/STATE/ZIP** | | **CITY/STATE/ZIP** | |
| **TELEPHONE NUMBER** | **FAX NUMBER** | **TELEPHONE NUMBER** | **FAX NUMBER** |
| **E-MAIL ADDRESS** | | **E-MAIL ADDRESS** | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | |
| **MEMBER OF TRIAL BAR?** YES ☐ NO ☐ | | **MEMBER OF TRIAL BAR?** YES ☐ NO ☐ | |
| **TRIAL ATTORNEY?** YES ☐ NO ☐ | | **TRIAL ATTORNEY?** YES ☐ NO ☐ | |
| **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☐ | | **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☐ | |