# United States District Court
## Northern District of Illinois
### Eastern Division

**FILED**
DEC 1 3 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RLR Resources

JUDGMENT IN A CIVIL CASE

v

Case Number 02 C 6927

Dan Prather

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

**DOCKETED**
DEC 1 7 2002

Michael W. Dobbins,
Clerk of Court

Date: Dec. 13, 2002

*George Schwemin*
Deputy Clerk